**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Miguel Zaragoza Fuentes v. Evangelina Lopez Guzman Zaragoza

Appellate case number:   01-16-00251-CV

Trial court case number:  2014-30215

Trial court:                    245th District Court of Harris County

Appellant Miguel Zaragoza Fuentes's unopposed motion to assign a new appellate cause number for the appeal of the trial court's November 23, 2017 order establishing a receivership in this case is GRANTED.  The Clerk of the Court shall assign a new cause number, 01-17-00112-CV, to the receivership appeal.  The appellants shall make arrangements for the trial court clerk and court reporter to file and certify the records in the separate cause within 15 days of the date of this order, including copies of previously filed clerk and reporter's records in other appellate causes that remain pending, which shall be duplicated and included in the record in the receivership appeal without separate cost.

Unless an appellant is exempt from paying filing fees or has been declared indigent, the appellant must pay the required $205 filing fee to prosecute the appeal.  *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless excused) and 20.1 (listing requirements for establishing indigence).   The filing fee must be paid **within twenty (20) days** of the date of this notice.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                              ☑ Acting individually     ☐ Acting for the Court

Date:  February 16, 2017